ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

AUG 10 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ALICE ELIZABETH MERRITT ) | Case No. 05-50931 RLE |
| ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473094 for an unclaimed dividend in the amount of $18.07. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ALICE ELIZABETH MERRITT
P O BOX 611722
SAN JOSE, CA 95161

Dated: August 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE